# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3066
LT Case No. 16-2019-DR-006984

_____

SHAREEN ISMAIL,

    Appellant,

    v.

ANDRE RODALL,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
L.E. Hutton, Judge.

Shareen Ismail, Syracuse, N.Y., pro se.

No Appearance for Appellee.

April 14, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____